IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-104 |
| | ) | |
| | ) | (PHILLIPS/GUYTON) |
| MARVIN HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on April 27, 2009, for a hearing on the defendant's pending motions [Docs. 22, 23, and 24]. Assistant United States Attorney Cynthia Davidson appeared on behalf of the government. Attorney Ronald C. Newcomb represented the defendant, who was also present. At the hearing, the defendant renewed his motion to extend his motion-filing deadline to May 1, 2009. On April 2, 2009, the Court denied [Doc. 25] the defendant's previous Motion to Extend Motion Cutoff Deadline, stating that the defendant could request leave to file any specific additional motions that his attorney deemed necessary.

At the hearing, defense counsel informed the Court that he was awaiting subpoenaed information, which would allow him to determine the need for additional motions. He stated that he did not need to file another suppression motion. While the government objected to a blanket extension of the motion-filing deadline permitting the defendant to file additional pretrial motions, it did not object to him filing motions *in limine*. The Court finds the defendant has shown good cause for a brief extension of the time in which he may file motions not requiring an evidentiary

hearing. The defendant's oral motion to extend the motion-filing deadline is **GRANTED**. The defendant has until **May 1, 2009**, to file any new motions that do not require an evidentiary hearing.

**IT IS SO ORDERED**.

ENTER:

_s/ H. Bruce Guyton_
United States Magistrate Judge